# UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/24/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Victoria Conchita Brooks
aka Victoria Conchita Martinez
1065 Burnham Drive
Pittsburg, CA 94565

| Case Number:<br>11−41952 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−1210 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Carl A. Lux<br>Carl Lux and Associates<br>2135 Santa Anita Ave<br>Altadena, CA 91001<br>Telephone number: (888) 882−5610 | Bankruptcy Trustee (name and address):<br>Lois I. Brady<br>P.O. Box 12425<br>Oakland, CA 94604<br>Telephone number: (510) 452−4200 |

### Meeting of Creditors
Date: **March 29, 2011**      Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/31/11**

### Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604−2070<br>Telephone number: 510−879−3600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 2/25/11 |

# EXPLANATIONS
FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: cglosenge           Page 1 of 2             Date Rcvd: Feb 25, 2011
Case: 11-41952                Form ID: B9A              Total Noticed: 22
```

The following entities were noticed by first class mail on Feb 27, 2011.
```
db            +Victoria Conchita Brooks,    1065 Burnham Drive,    Pittsburg, CA 94565-3784
aty           +Carl A. Lux,    Carl Lux and Associates,    2135 Santa Anita Ave,    Altadena, CA 91001-2916
smg            CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA  94280-0001
smg           +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg           +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
11653405       CREDIT BUREAU ASSOCIATES,    PO BOX 150,    460 UNION AVE # SU
11653407      +CREDIT REGULATING SVC IN,    1737 BARCELONA ST,    LIVERMORE, CA 94550-6403
11653409      +DC Real Estate Fund II LP,    1999 Harrison Street,    Oakland, CA 94612-3520
11653411      +FIRST NATIONAL CREDIT CA,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
11653414      +I C SYSTEMS COLLECTIONS,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
11653422      +NORTHCOAST COLLECTION,    3700 MONTGOMERY DR,    SANTA ROSA, CA 95405-5215
11653423      +NTL RECOVERY AGENCY,    2491 PAXTON ST,    HARRISBURG, PA 17111-1036
11653432      +TRIBUTE,    POB 105555,    ATLANTA, GA 30348-5555
11653433      +US TREASURY-FNCL MGMT,    PO BOX 830794,    BIRMINGHAM, AL 35283-0794
```

The following entities were noticed by electronic transmission on Feb 26, 2011.
```
tr            +EDI: QLIBRADY.COM Feb 26 2011 00:58:00      Lois I. Brady,    P.O. Box 12425,
                Oakland, CA 94604-2425
smg            EDI: EDD.COM Feb 26 2011 00:58:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Feb 26 2011 00:58:00      CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
ust           +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov
                Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
                Oakland, CA 94612-5231
11653404      +EDI: ARROW.COM Feb 26 2011 00:58:00      ARROW FINANCIAL SERVICES,    5996 W TOUHY AVE,
                NILES, IL 60714-4610
11653410      +EDI: FBDEL.COM Feb 26 2011 00:58:00      FIRST BANK OF DELAWARE,    50 S 16TH ST,
                PHILADELPHIA, PA 19102-2516
11653412      +EDI: AMINFOFP.COM Feb 26 2011 00:58:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                SIOUX FALLS, SD 57107-0145
11653413      +EDI: HFC.COM Feb 26 2011 00:58:00      HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
11653419      +EDI: MID8.COM Feb 26 2011 00:58:00      MIDLAND CREDIT MGMT INC,    8875 AERO DR STE 2,
                SAN DIEGO, CA 92123-2251
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11653421        ALISO VIEJO, CA  92656
11653402        AMERICAN REVENUE MGMT,    675 HEGENBERGER RD,    SUITE 200
11653408        Creditor Name,    Street address,    City,    Zip
11653429        DALLAS, TX  75247
11653406        FAIRFIELD, CA  94533
11653425        HOUSTON, TX  77036
11653415        JNR ADJUSTMENTS,    7001 E FISH LAKE R,    STE 200
11653417        MEDICREDIT CORP,    3 CITY PL DR,    STE 690
11653416        MINNEAPOLIS, MN  55441
11653420        MNET FINANCIAL INC,    95 ARGONAUT,    SUITE 250
11653431        MODESTO, CA  95354
11653403        OAKLAND, CA  94621
11653424        PENTAGROUP FINANCIAL LLC,    5959 CORPORATE DRI,    SUITE 1400
11653426        RJM ACQUISITIONS,    575 UNDERHILL BLVD,    SUITE 224
11653428        ROADLOANSCOM,    8585 N STEMMONS,    SUITE 1100N
11653418        ST LOUIS, MO  63141
11653430        STANISLAUS CREDIT CNTRL,    914 14TH ST,    POB 480
11653427        SYOSSET, NY  11791
                                                                                TOTALS: 18, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 27, 2011**            Signature:  *Joseph Speetjens*